

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00827-CV

Les **GRIFFIN** and Molly Griffin,
Appellants

v.

**PST INVESTMENT GROUP, LLC**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 19541C
Honorable Susan Harris, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of prosecution. Costs of appeal are taxed against appellants.

SIGNED March 31, 2021.

_____
Liza A. Rodriguez, Justice